UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Herbert Pitts,                                                          Civil No. 17-cv-4261 (MJD/TNL)

          Plaintiff,

v.                                                                                   **ORDER**

Ramsey County, et al.,

          Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 23, 2018 (ECF No. 35), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant Ramsey County's Motion to Dismiss (ECF No. 15) is **GRANTED**.

2. Defendant St. Paul Police Department's Motion to Dismiss (ECF No. 19) is **GRANTED.**

3. All Claims against the St. Paul Police Department are **DISMISSED WITH PREJUDICE.**

4. Any Claim for intentional infliction of emotional distress is **DISMISSED WITH PREJUDICE.**

5. All remaining claims are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 25, 2018                                         s/ David S. Doty
                                                             David S. Doty
                                                             United States District Court Judge